# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JAMES SWANN, SR., ) | |
| ) | Case No. 1:22-cv-25 |
| *Plaintiff,* ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| DISTRICT ATTORNEY OF ) | |
| KINGSPORT, KINGSPORT POLICE ) | |
| DEPARTMENT, and ) | |
| ARRESTING OFFICER, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** as malicious and for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ *LeAnna R. Wilson*
 CLERK OF COURT